USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/8/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,

                **Plaintiff,**

      **-against-**

ROASTING PLANT, INC., et al.

                **Defendant.**

**24-cv-3016 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that mediation in this case was held and agreement was reached on all issues, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **November 8, 2024**
          **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**