# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                              Plaintiff,

vs.

                                                  CASE NO. 1:24-cv-03016-ALC-SLC

ROASTING PLANT, INC., a Delaware
corporation, d/b/a ROASTING PLANT-NYC
LOWER EAST SIDE, and 75 & 81
ORCHARD ASSOCIATES LLC, a New
York limited liability company,

                              Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, ROASTING PLANT, INC.,

a Delaware  corporation, d/b/a ROASTING PLANT-NYC LOWER EAST SIDE, and 75 & 81

ORCHARD ASSOCIATES LLC, a New York limited liability company, who, by and through

their respective undersigned counsel, and pursuant to a confidential settlement agreement, and

pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate

to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each

party shall bear their own attorneys' fees and costs.

        Dated: This 7th day of March, 2025.


By: _____          By: _____
    B. Bradley Weitz, Esq.                        Joseph J. DiPalma, Esq.
    The Weitz Law Firm, P.A.                      Jackson Lewis P.C.
    18305 Biscayne Blvd., Suite 214               44 South Broadway, 14th Floor
    Aventura, Florida 33160                       White Plains, NY 10601
    Telephone: (305) 949-7777                     Telephone: (914) 872-6920
    Fax: (305) 704-3877                           Fax: (914) 946-2492
    Email: BBW@weitzfirm.com                      Email: joseph.dipalma@jacksonlewis.com
    *Attorneys for Plaintiff*                     *Attorney for Defendant,*
                                                  *ROASTING PLANT, INC.*

By: _____
Amanda E. Maguire, Esq.
Dealy Silberstein & Braverman, LLP
225 Broadway, Suite 1405
New York, NY 10007
Telephone: (212) 385-0066
Email: amaguire@dsblawny.com
*Attorney for Defendant,*
*75 & 81 ORCHARD ASSOCIATES LLC*


SO ORDERED:

_____
Andrew L. Carter, Jr, U.S.D.J.

Dated: March 10, 2025
New York, NY

In light of the Parties' stipulation of
dismissal with prejudice, the Court
ORDERS that this case be dismissed.
The Clerk of Court is respectfully
directed to close this case.